# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MICHAEL ODELL FAIR, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00066-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON MUNDAY, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2020 Order.

October 23, 2020

*(signature)*

Frank G. Johns, Clerk
United States District Court